IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALI ALI BEY**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

V.　　　　　　　　　　　　　**NO: 4:24-CV-00579-BRW**

**BLOSSOMS AT WEST DIXON REHAB
AND NURSING CENTER**　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

### ORDER

Plaintiff's *pro se* complaint asserts claims on behalf of his deceased father related to care Defendant provided to him before his death.

Individuals who are not licensed attorneys can appear in the courts and engage in the practice of law provided that they do so for themselves and in connection with their own business.[1] When a non-lawyer, *pro se* party is not the sole beneficiary to an estate, he or she may not proceed *pro se*.[2] Because Plaintiff is not a licensed attorney,[3] his filings constitute the unauthorized practice of law and all filings are a nullity.[4] This "defect" cannot be cured through an amended pleading filed by a licensed attorney.[5]

Accordingly, this case is DISMISSED and the motion for leave to proceed *in forma pauperis* (Doc. No. 1) is DENIED as MOOT.

IT IS SO ORDERED this 10th day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Billy Roy Wilson*
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] *Stewart v. Hall*, 129 S.W.2d 238 (Ark. 1939).

[2] *Jones ex rel. Jones v. Corr. Med. Servs., Inc.*, 401 F.3d 950, 951 (8th Cir. 2005).

[3] *See* https://attorneyinfo.aoc.arkansas.gov/info/attorney/attorneysearch.aspx (last visited July 10, 2024).

[4] *Bass ex rel. L.B. v. State*, 93 Ark. App. 411, 413-414 (2005) (holding that a non-lawyer father's attempt to appeal on behalf of his minor child constituted the unauthorized practice of law); *McKibben v. Mullis*, 90 S.W.3d 442, 450 (Ark. App. 2002).

[5] *Jones*, 401 F.3d at 952.